# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

__Matthew Jason Bauer__
[You are the PLAINTIFF, print your full name on this line.]

v.

__Christine Vanderborg__
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number __3:22-cv-419__
[For a new case in this court, leave blank. The court will assign a case number.]

FILED 2022 MAY 31 PM 2:21 U.S. DISTRICT COURT CLERK NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | Christine Vanderborg, Inspector | City Hall, 100 E. Michigan Blvd #2, Michigan City, IN 46360 |
| 2 | | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __1__
2. What is your address? __503 E. Garfield St, Michigan City, IN 46360__
3. What is your telephone number: (__574__) __316-9137__
4. Have you ever sued anyone for these exact same claims?
   ☒ No.
   ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Pursuant to Indiana Code § 34-13-3-1 I claimant Matthew Jason Bauer who currently lives in Michigan City, Indiana intends to assert a tort claim against the Michigan City Code Enforcement Officer Christine Vanderborg for, but not limited to, Violation of my Human Right to work by telling Claimant he can't cut pop cans in Claimants front yard that claimant attached a table to claimants Faygo Cola & Faygo Diet Cola Can Flagpole to cut Aluminum pop cans on. Another Human Right Violation of the Right to freedom of movement and residence within the borders of each state cause C. Vanderborg told Claimant that he should sell his Pretty house and move. 1st Amendment Violation of Defamation of Character C. Vanderborg walked over to neighbors house & told them Claimant is Mentally Incapable. The same neighbors who didn't like Claimant getting all the attention of the pop can flag pole Claimant made and that had a American Flag at top and solar lights that Claimants neighbors were jealous of in the 1st place. 4th Amendment Violation of Profiling Claimant who likes to point firearms at people

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

and was told to sell pretty house and move cause of a fake Arrest history on line that Defames Claimants Character. 5th Amendment Violation of C. Vanderborg telling Claimant his sidewalk that matches & came with the house claimant bought was public city sidewalk & basically can't park my cars on or over it cause nobody walks down it also meaning tort Police Misconduct of Intentional tort Harrassment & Intentional tort Negligence of Not Knowing claimants sidewalk came with house cause of failure of Not Knowing Job Duties. Also tort of Abuse of Power.

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

◯ No.
☒ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Pay $150,000.00 for defamation of Character and profiling me as dumb and easy to take advantage of over a court case years ago I was prescribed pills for but never took and invaded my privacy for defending my property.

FILING FEE – Are you paying the filing fee?

◯ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

MSB   I will keep a copy of this complaint for my records.
MSB   I will promptly notify the court of any change of address.
MSB   I declare **under penalty of perjury** that the statements in this complaint are true.

_____          5/27/2022
Signature                                                Date

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

2. Claimants Neighbor Leonard Smith the Vietnam Veteran who testified in LaPorte County Superior Court 1 on Zoom June 18th, 2021 told Judge Oss that the Lady from the city meaning C. Vanderborg told Leonard Smith her friend he could till up my neighbors Easement that my neighbors never gave Leonard Smith permission to and because of C. Vanderborgs Intentional Negligence of telling Leonard to destroy another persons property connected to my property caused a tort of negligence of my property value to decline in value. And Leonard Smith is a decorated Vietnam veteran who hates pop can flagpoles with American Flags on them so he wouldn't lie to a Judge under oath so all his claims would hold factual support etched in stone. And my neighbor can sue the city for over $75,000 cause of C. Vanderborgs Intentional Negligence of Leonard Smith tilling up her property on June 9th, 2021. The day I painted the Volkswagen.

3. Another Right to Work Violation of C. Vanderborg telling Claimant on June 1st, 2021 after 11:00 AM that he can't have the box he stores cat food cans that claimant makes stuff out of couldn't have in the front yard of the property claimant owns because Claimant was making table legs for claimants orange Faygo Pop Can Table made out of a door somebody threw out probably cause it lowers the neighbors property value, probably having the box in the front yard and me making stuff out of cat food cans. People at City hall making people mail stuff to neighbors if you want to build stuff so they think their property value won't go down. Call the accessor and they never heard of such thing.

4. Claimant was getting group stalked by multiple neighbors and trying to steal claimants easement Claimant built a block wall because of in the front yard. Leonard Smith had garbage in his yard so claimant thought he had the same right as Leonard Smith to put garbage in Claimants yard. On June 1st 2021 C. Vanderborg came to claimants house and committed torts to claimant thinking Claimant was down syndrome whose C. Vanderborgs desk is right by the guys desk at city Hall that told me to take down the block wall I built on my sidewalk cause of the neighbors I can't stand. C. Vanderborg tells me to take a storage shed I had in my front yard to the backyard cause of code violation. I called city Hall and told them about how Leonards Storage Shed is Right next to the house and its a code violation that storage sheds have to be 10 feet away from the house and C. Vanderborg didn't care so thats another tort violation of Police Misconduct of Favoritism towards their friend who violates the codes of Michigan City and the tort of Discrimination of moving a storage shed to my front yard Under My Human Right to work to grind the plastic siding to reside with cement. That Claimant thought of and developed Claimants own trade and was going to move back to back yard any way cause claimant didn't want plastic shavings from grinding shed on sidewalk in back of house cause of other stuff

*Favoritism Leads to Discrimination*

This Lawsuit If I have to Pay $ Gas Money mileage to Courthouse

Damages - Condem Perfectly Fine House

Can't Practice Religion outside in yard

No Arnett Construction Signs in yard lowers property value

Old Man Damaged my Neighbors property & my property value

Can't Work have to rely on Social Security disability.

Defamation of Character Mentally Incapable

Make it Look like I'm the problem of the neighborhood

Lose Vehicles & Sidewalk That I paid for

Old man thought he could have my yard too for garden

Telling me to sell house cause of Profiling and invasion of Privacy

Neighbors think they are the Mayor Now cause of C. Vanderborgs Favoritism towards them

Have to move Defamation of Character

Fake Handgun Permits in My Name

Courthouse Identy Thefted My Social Security # for trying to get Audio Recordings then told only on paper.

Neighbors call the police on me for legally playing with my yoohoo bottles in the driveway Defamation mental suspect later this day

Helped Predatory Stalker C. Vanderborgs Friends under favoritism terrorize Claimant

C. Vanderborg Called an Armed Police Officer from M.C.P.D. to Claimants house and could have shot claimant for Invading his privacy for riding a bicycle and could have legally shot & killed claimant for having medical papers and being labled a mental patient at the Police Dept

Make Claimants life worse Cause C. Vanderborg doesn't know She's in charge of falling apart Neighborhood houses like the one across the street that needs shingles or the garage Falling apart at 501 next Door.

(left margin notes): 10   Fence Permit $7   C. Vanderborgs Negligence $13,020   Build Fence

5. Well after watching the video the Smiths somehow know I was prescribed medicine from 8 years ago from the cops Invading my privacy and telling C. Vanderborg that then telling that I need to be taking my prescribed meds to the Smiths now means claimant would like to intend to assert another tort claim for 4th Amendment Violation of Invasion of Privacy. Cause She was the last type of law enforcement over there, Saying I'm mental Incapable for being groupstalked or owing a house or working, or believing in God.

Picture Evidence

A. Faygo Diet Cola table Attached to Flagpole
B. Block wall built cause of C. Vanderborgs Friends
C. Property Value damage of Smith tilling Neighbors yard
D. Code Violation Shed Right by house Smiths yard
E. The sidewalk that matches my house and the Left side sidewalk I bought with house thats on Claimants front easement that C. Vanderborg thinks is Citys Property
F. The sidewalk that matches my house and the Right side sidewalk I bought with house and thats on Claimants Front easement that C. Vanderborg thinks is Citys Property
G. Date of Incident 11:02 AM 6/1/2021
Place of Incident Claimants Front yard